UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 3:08-cv-04186 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mack E. Willis,<br>            Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MACK E. WILLIS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 8/4, 2009    By: _____
                             Eugene C. Brooks, IV
                             GA Bar # 084750

Brooks Law Firm
313 W. York Street
Savannah, GA 31401
Telephone (912) 233-9696
Facsimile (912) 1232-8620
gbrooks@brooks-law.com

Attorneys for Plaintiff, Mack E. Willis

-1-

DATED: Oct. 12 , 2009       By: _____

                                   DLA PIPER LLP (US)
                                   1251 Avenue of the Americas
                                   New York, NY 10020
                                   Telephone: (212) 335-4500
                                   Facsimile: (212) 335-4501
                                   *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __10/16/09__

                            Hon. Charles R. Breyer
                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*